# UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA
# CRIMINAL MINUTES

**Case No.:** A02-22-CR (OMP) and A02-28-CR (OMP)　　**Date of Proceeding:** January 5, 2006

**Case Title:** USA v. Arnold Wesley Flowers

**Presiding Judge:** Owen M. Panner　　**Courtroom Deputy:** Deborah DesJardins, (503) 326-8290

**Reporter:** Dennis Grube　　**Tape No:** none　　**AUSA:** Jerry Massie, Nancy Oliver

**DOCKET ENTRY:**

Record of order:

　　Scheduling conference held. Re-sentencing set for Wednesday, February 22, 2006, at 10:30 a.m., in Anchorage.

　　Defendant Flowers shall be transported to Anchorage in time for the hearing (and to confer with his attorney prior to the hearing). The presentence report shall be updated.

**DEFENDANT**　　　　　　　　　　　　　　**COUNSEL**

(1) Arnold Wesley Flowers　　　　　　　　(1) Hugh Fleischer

[ ] Present  [ ] O/R  [ ] Bond  [ ] Custody　　[ ] Present  [x] Appointed  [ ] Retained

cc:　[ ] Chambers　　　　　　　[ ] Probation Office
　　 [ ] Counsel of Record　　　[ ] Pretrial Services Office
　　 [ ] Jury Clerk　　　　　　　[ ] U.S. Marshal's Office　　　　Document No: _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CRIMINAL MINUTES

Criminal Minutes　　　　　　　　　　　　　　　　　　　　　Honorable Owen M. Panner
JS