IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                             )<br>       Plaintiff,   )<br>                             )<br>  vs.                      )<br>                             )<br>ARNOLD W. FLOWERS     )<br>                             )<br>       Defendant.      ) CASE NO:A02-028-CR (OMP)<br>_____) | |

**<u>NOTICE OF APPEAL</u>**

Hugh W. Fleischer, as attorney for defendant, Arnold W. Flowers, in the above captioned action, hereby gives notice that Arnold Wesley Flowers appeals to the Ninth Circuit Court of Appeals from the sentence only pursuant to 18 U.S.C. § 3742(a).

Judgment and Amended Judgment were entered on this action on February 24, 2006.

Sentence was imposed on February 22, 2006.

A Transcript is required and will be ordered within seven days of this date. Such Transcript order shall be paid under the CJA plan.

DATED at Anchorage, Alaska, this 27th day of February, 2006.

LAW OFFICES OF HUGH W. FLEISCHER

```
                              By: S/ Hugh W. Fleischer
                                  Hugh W. Fleischer
                                  Attorney for Defendant
9355\663                          310 K. Street, Suite 200
                                  Anchorage, AK 99501
                                  (907) 264-6635
                                  (907) 264-6635-Fax
                                  hfleisch@aol.com
```

## CERTIFICATE OF SERVICE

  I CERTIFY that a true and correct copy of the foregoing was served as follows:

By e-mail delivery:

Nancy K. Oliver
United States Department of Justice
Criminal Division
950 Pennsylvania Ave. NW, Ste. 6746
Washington, DC 20530
e-mail-nancy.oliver@usdoj.gov.

DATED at Anchorage, Alaska, this 27th day of February, 2006.

 S/ Hugh W. Fleischer