**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAR 17 2006

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

RECEIVED
MAR 2 3 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

| UNITED STATES OF AMERICA, | Nos. 03-30328 and 03-30425 |
|---|---|
| Plaintiff - Appellee, | D.C. No. CR-02-00022-a-OMP |
| v. | D.C. No. CR-02-00028-OMP |
|  | District of Alaska, |
| ARNOLD WESLEY FLOWERS, | Anchorage |
| Defendant - Appellant. | ORDER |

Before: HALL, KLEINFELD, and WARDLAW, Circuit Judges.

The caption for the memorandum disposition filed July 6, 2005 is amended as follows:

> Replace "No. 03-30328" with "Nos. 03-30328 and 03-30425"
>
> Insert, on the line beneath the first district court number: "D.C. No. CR-02-00028-OMP

No further petitions for review will be accepted. The mandate for 03-30425 shall issue immediately, so that the district court may proceed with its remand.

It is so ordered.