ALICE S. FISHER
ASSISTANT ATTORNEY GENERAL
CRIMINAL DIVISION

JERRY D. MASSIE
NANCY K. OLIVER
Trial Attorneys
United States Department of Justice
950 Pennsylvania Ave., N.W.
Suite 6746
Washington, D.C.  20530
(202) 616-5731

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No.  A02-0028  CR (OMP) |
| ) | |
| ) | NOTICE OF APPEAL |
| ARNOLD WESLEY FLOWERS, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____  ) | |

COMES NOW Plaintiff United States of America, by and through its attorney, Alice S. Fisher, the Assistant Attorney General for the United States Department of Justice, Criminal Division, and pursuant to Rule 4(b), F.R.A.P., and 18 U.S.C. § 3742(b), hereby gives notice that it appeals to the United States Court of Appeals for the Ninth Circuit from the amended judgment entered on February 22, 2006, for review of the

sentence imposed in the above-captioned action by the United States District Court for the District of Alaska.

RESPECTFULLY SUBMITTED THIS 24th day of March, 2006 at Anchorage, Alaska.

ALICE S. FISHER
ASSISTANT ATTORNEY GENERAL
CRIMINAL DIVISION

s/ Nancy K. Oliver
NANCY K. OLIVER
Trial Attorney
United States Department of Justice
950 Pennsylvania Ave., N.W.
Suite 6746
Washington, D.C.  20530
Phone: (202) 616-5731
Fax:  (202) 616-5748
Email: nancy.oliver@usdoj.gov

JERRY D. MASSIE
Trial Attorney

DATED: March 24, 2006

I hereby certify that a copy of the foregoing <u>NOTICE OF APPEAL</u> was served electronically upon counsel of record:

Hugh W. Fleischer
310 K Street, Suite 200
Anchorage, AK  99501
907 264 6602 (fax)
<u>hfleisch@aol.com</u>

Allison Mendel
845 K. Street
Anchorage, AK 99501
907 279 5437 (fax)
<u>Amendel-mendel@gci.net</u>

David R. Weber
Vasquez & Weber, PC
943 West Sixth Avenue
Suite 132
Anchorage, AK 99501
907 279 9123 (fax)
<u>DRWeber@acsalaska.net</u>

*on March 24, 2006 via:*
*(  ) U.S. Mail*
*( X ) Electronic filing*

and Courtesy Copy emailed to Judge Panner at <u>Deborah_Desjardins@ord.uscourts.gov</u>

*Executed in Washington, D.C. on*
*March 24, 2006*

<u>s/ Nancy K. Oliver</u>
NANCY K. OLIVER
TRIAL ATTORNEY
UNITED STATES DEPARTMENT OF JUSTICE