# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

<u>  UNITED STATES OF AMERICA  </u>   v.   <u>  ARNOLD WESLEY FLOWERS  </u>

IDA ROMACK, CLERK OF COURT

D<small>EPUTY</small> C<small>LERK</small>     CASE NO. <u>  3:02-cr-00028-O1-OMP  </u>

<u>  Linda Christensen  </u>

PROCEEDINGS: **CLERK'S NOTICE**     <u>DATE: March 31, 2006 </u>

      Parties are advised, that due to clerical errors, docket entries 377, 378, 379 and the transmission of notice of appeal entry (no docket number) are to be disregarded and appeal packets are to be discarded. Corrected appeal packets will be forthcoming from the Clerk's Office.

[]{CLERKNOT.WPD*Rev.12/97}