IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>       Plaintiff,    )<br>)<br>vs.                 )<br>)<br>ARNOLD W. FLOWERS    )<br>)<br>)<br>       Defendant.    ) CASE NO:A02-028-CR (OMP)<br>)<br>_____) | |

**NOTICE OF CONCURRNCE RE TRANSCRIPT ORDER**

Hugh W. Fleischer, as attorney for defendant-appellant, Arnold W. Flowers, in the above captioned action, hereby gives notice that Arnold Wesley Flowers concurs with the Transcript Designation Form of the government. Therefore Mr. Flowers will not file a Designation, Form AO 435 nor the CJA 24 Form.

DATED at Anchorage, Alaska, this 16th day of April, 2006.

LAW OFFICES OF HUGH W. FLEISCHER

9355\666

By: S/ Hugh W. Fleischer
Hugh W. Fleischer
Attorney for Defendant
310 K. Street, Suite 200
Anchorage, AK 99501
(907) 264-6635
(907) 264-6635-Fax
hfleisch@aol.com

**CERTIFICATE OF SERVICE**

I CERTIFY that a true and correct
copy of the foregoing was served as follows:

By e-mail delivery:


Nancy K. Oliver
United States Department of Justice
Criminal Division
950 Pennsylvania Ave., Ste. 6746
Washington, DC 20530
e-mail-nancy.oliver@usdoj.gov

DATED at Anchorage, Alaska, this 16th day of April, 2006.



S/ Hugh W. Fleischer