RECEIVED

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

APR 1 0 2006

NOTICE OF APPEAL NOTIFICATION FORM U.S. DISTRICT C...
Please Fill Out Completely       ANCHORAGE, ALASKA

06-30210

**CASE INFORMATION:**
Short Case Title: <u>USA v. FLOWERS</u>
Court of Appeals No. (leave blank if unassigned):
U.S. District Court Judge Name and Case No.: <u>Owen M. Panner - 3:02-cr-00028-OMP</u>
Date Complaint/Indictment/Petition Filed: <u>2/28/02</u>
Date Appealed Order/Judgment *entered*: <u>2/22/06</u>
Date NOA *filed*: <u>3/24/06</u>
COA Status (check one):
__granted in full (attach order)     __denied in full (send record)
__granted in part (send record)    __pending

Court Reporter(s) Name and Phone Number: <u>Caroline Edmiston - 907-677-6103</u>
Magistrate Judge's Order? If so, please attach.

---

**FEE INFORMATION:**
| | |
|---|---|
| Date Docket Fee paid: __ | Date Docket Fee billed: __ |
| Date FP granted: <u>1/14/02 (3:02-mj-00013-AHB)</u> | Date FP denied: __ |
| Is FP pending? __yes/no | Was FP Limited/Revoked? |
| US Government Appeal?  <u>No</u> yes/no | |
| Companion Cases? Please list: <u>3:02-cr-00022-OMP</u> | |

Please attach copy of any order granting, denying or revoking FP.

---

**COUNSEL INFORMATION:** (please include e-mail address and fax number)

| Appellate Counsel: | Appellee Counsel: |
|---|---|
| Hugh W. Fleischer | Nancy Oliver, AUSA |
| 310 K Street, Suite 200 | 950 Pennsylvania Ave NW |
| Anchorage, AK  99501 | Domestic Security, Suite 6746 |
| FAX:907-264-6602 | Washington, DC 20530 |
| | FAX: 202-514-1769 |

__retained    X  CJA    __FPD    __FPD    __Other    Please attach Appointment Order.

---

**DEFENDANT INFORMATION:**
Prisoner ID: __          Address: __
Custody: <u>Yes</u>
Bail: __

---

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid: __        9th Circuit Docket Number: __

---

Name and phone number of person completing this form: <u>Linda Christensen - 907-677-6104</u>