UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
NOTICE OF APPEAL NOTIFICATION FORM
Please Fill Out Completely

**FILED**
APR 18 2006
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

**06-30237**

**RECEIVED**
APR 24 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

**CASE INFORMATION:**
Short Case Title: USA v. FLOWERS
Court of Appeals No. (leave blank if unassigned):
U.S. District Court Judge Name and Case No.: Owen M. Panner - 3-02-cr-00028-01-OMP
Date Complaint/Indictment/Petition Filed: 9CCA remanded case for re-sentencing Aug 2005
Date Appealed Order/Judgment *entered*: 2/24/06
Date NOA *filed*: 3/24/06
COA Status (check one):
__granted in full (attach order)    __denied in full (send record)
__granted in part (send record)     __pending

Court Reporter(s) Name and Phone Number: Caroline Edmiston - 907-677-6103
Magistrate Judge's Order? If so, please attach.

**FEE INFORMATION:**
| | |
|---|---|
| Date Docket Fee paid: __ | Date Docket Fee billed: __ |
| Date FP granted: __ | Date FP denied: __ |
| Is FP pending? __yes/no | Was FP Limited/Revoked? |
| US Government Appeal?  Yes  yes/no | |

Companion Cases? Please list: **3:02-cr-00022-01-OMP**
Please attach copy of any order granting, denying or revoking FP.

**COUNSEL INFORMATION:** (please include e-mail address and fax number)

| Appellate Counsel: | Appellee Counsel: |
|---|---|
| **Nancy K. Oliver, AUSA** | **Hugh Fleischer** |
| U.S. Dept of Justice-Domestic Security | 310 K Street, Suite 200 |
| 950 Pennsylvania Ave., N.W., Suite 6746 | Anchorage, AK  99501 |
| Washington, DC  20530 | FAX: 907-264-6602 |
| FAX: 202-616-5748 | |

__retained   __CJA   __FPD   __FPD   __Other      Please attach Appointment Order.

**DEFENDANT INFORMATION:**
Prisoner ID: __          Address: __
Custody: __
Bail: __

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid: __         9th Circuit Docket Number: __

Name and phone number of person completing this form: Linda Christensen - 907-677-6104