UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

TRANSCRIPT DESIGNATION FORM

U.S. Court of Appeals # 06-30210        U.S. District Court # 3:02-CR-028-OMP
Short Case Title  U.S. v. Arnold W. Flowers
Date Notice of Appeal Filed by Clerk of District Court _____

Section A - To Be completed by Party Ordering Transcript

| HEARING DATE | COURT REPORTER | | PROCEEDINGS |
|---|---|---|---|
| | | | VOIR DIRE |
| | | | OPENING STATEMENTS |
| | | | SETTLEMENT INSTRUCTIONS |
| | | | CLOSING ARGUMENTS |
| | | | JURY INSTRUCTIONS |
| | | | PRE-TRIAL PROCEEDINGS |
| February 22, 2006 | C. Edmiston | (Sentencing) | OTHER |

(Attach Additional Page for Designations if Necessary)

(X) As retained counsel I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order. _I have attached a completed AO-435, Transcript Order Form, to this designation for purposes of ordering the transcript(s)_.

( ) I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. The transcripts have previously been produced and are already on file with the court.

( ) I do not intend to designate any portion of the transcript and will notify counsel of this intention.

( ) As appointed counsel I certify that an appropriate order, i.e., CJA-24, authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the Court. I agree to recommend payment for work done prior to cancellation of this order.

Date Transcript Ordered  05/08/06              Estimated Date for Completion _____
Signature of Attorney  _____           Phone Number  907-264-6635
Address   310 K Street, Suite 200
          Anchorage, AK 99501

Section B - To Be Completed by Court Reporter

I, _____, have received this designation.
       (Signature of Court Reporter)

( ) Arrangements for payment were made on _____
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).
    Approximate Number of Pages _____    Due Date _____

Section C - To Be Completed by Court Reporter
    Date Transcript Filed _____   Court Reporter's Signature _____

(Trscrpt.des)

USDCA - Form 46 (revised 10/04)