**FILED**

**APR 24 2006**

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | Nos. 06-30210, 06-30211 |
| Plaintiff - Appellee, | D.C. Nos. CR-02-28-OMP, CR-02-22-OMP |
| v. | District of Alaska, Anchorage |
| ARNOLD WESLEY FLOWERS, | |
| Defendant - Appellant. | ORDER |

The court sua sponte consolidates appeal nos. 06-30210 and 06-30211.

The briefing schedule established previously remains in effect for these consolidated appeals.

For the Court

*[signature]*

Nanette Won
Deputy Clerk
9th Cir. R. 27-7
General Orders/Appendix A

S:\MOATT\Clrkords\04.06\nw\06-30210+.wpd