# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

<u>  UNITED STATES OF AMERICA  </u>   v.   <u>  ARNOLD WESLEY FLOWERS  </u>

IDA ROMACK, CLERK OF COURT

D<small>EPUTY</small> C<small>LERK</small>                                              CASE NO. <u>  3:02-cr-00028-OMP  </u>

<u>  Pam Richter  </u>

PROCEEDINGS: **CLERK'S NOTICE**                         DATE: June 1, 2006

      The certificate of record filed in U.S. District Court on April 25, 2006, at docket 390 was prematurely filed and should be disregarded.

[ ]{CLERKNOT.WPD*Rev.12/97}