RECEIVED

UNITED STATES COURT OF APPEALS

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

FILED

MAY 30 2006

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff - Appellee/<br>    Cross-Appellant,<br><br>v.<br><br>ARNOLD WESLEY FLOWERS,<br><br>    Defendant - Appellant/<br>    Cross-Appellee. | Nos. 06-30210, 06-30237<br><br>D.C. No. CR-02-00028-OMP<br>District of Alaska,<br>Anchorage |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff - Appellee/<br>    Cross-Appellant,<br><br>v.<br><br>ARNOLD WESLEY FLOWERS,<br><br>    Defendant - Appellant/<br>    Cross-Appellee. | Nos. 06-30211, 06-30236<br><br>D.C. No. CR-02-00022-OMP<br>District of Alaska,<br>Anchorage<br><br>ORDER |

The government's motions for voluntary dismissal of cross-appeal nos. 06-30236 and 06-30237 are granted. Cross-appeal nos. 06-30236 and 06-30237 are dismissed. *See* Fed. R. App. P. 42(b).

The following briefing schedule shall govern consolidated appeal nos. 06-30210 and 06-30211: appellant's consolidated opening brief and excerpts of record are due June 13, 2006; appellee's consolidated answering brief is due

06-30210, 06-30211, 06-30236, 06-30237

July 13, 2006; appellant's optional consolidated reply brief is due within 14 days after service of appellee's brief.

The certified copy of this order sent to the district court shall constitute the mandates for cross-appeal nos. 06-30236 and 06-30237.

                                For the Court

                                Nanette Won
                                Deputy Clerk
                                9th Cir. R. 27-7
                                General Orders/Appendix A



A TRUE COPY
CATHY A. CATTERSON
Clerk...
ATTEST

by
Deputy Clerk